HONORABLE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR07-0333 RSM |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING EXTENSION OF TIME WITHIN WHICH TO FILE PRETRIAL MOTIONS |
| vs. | ) | |
| LEROY CARR, | ) | |
| Defendant. | ) | |

The defendant having moved for an extension of the pretrial motions due date in this matter, and the Court having concluded that such an extension should be ordered, now, therefore, it is hereby

ORDERED that the time within which to file pretrial motions is hereby extended to January 22, 2008.

DONE this 16th day of January 2008.

*/s/ Ricardo S. Martinez*
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING EXTENSION OF TIME
WITHIN WHICH TO FILE PRETRIAL MOTIONS - 1
(Leroy Carr; CR07-0333RSM)

FEDERAL PUBLIC DEFENDER
1601 Fifth Ave., Suite 700
Seattle, Washington 98101
(206) 553-1100

1  Presented by:
2
3  s/Nancy Tenney
   WSBA No. 35304
4  Attorney for Leroy Carr
   Federal Public Defender's Office
5  1601 Fifth Ave., Suite 700
   Seattle, WA   98101
6  206/553-1100
   206/553-0120
7  nancy_tenney@fd.org
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER GRANTING EXTENSION OF TIME
WITHIN WHICH TO FILE PRETRIAL MOTIONS - 2
(Leroy Carr; CR07-0333RSM)

FEDERAL PUBLIC DEFENDER
1601 Fifth Ave., Suite 700
Seattle, Washington 98101
(206) 553-1100