Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LEROY CARR, <br><br> Defendant. | CASE NO. CR07-333RSM <br><br> **ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE** |

THIS MATTER comes before the Court on Defendant's motion for early termination of supervised release (Dkt. #142). Having reviewed Defendant's motion, the government's response (Dkt. #143), and the remainder of the record herein,

IT IS NOW ORDERED that Defendant's motion for early termination of supervised release is DENIED.

DATED this 10th day of June, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE